IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD J .NICHOLAS, ) | |
|     Plaintiff ) | |
| ) | |
| ) | C.A. No. 06-198 Erie |
| ) | |
| JOHN F. CHERRY, et al., ) | |
|     Defendants ) | |

**O R D E R**

AND NOW, this 25th day of April, 2007, upon consideration of the Plaintiff's Application for a Final Disposition (Document No. 20)

IT IS HEREBY ORDERED that said motion is DENIED AS MOOT

                                                  S/ Sean J. McLaughlin
                                                SEAN J. MCLAUGHLIN
                                                UNITED STATES DISTRICT JUDGE